# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 8, 2005

Ms. Elizabeth Strickler  **HAND DELIVERY**
United States District Court
844 King Street
Wilmington, DE 19801

Re:  *Janssen Pharmaceutica N.V., et al. v. Mylan Pharmaceuticals Inc., et al.*,
C.A. No. 05-371

Dear Betty:

As you requested, I am writing to confirm our telephone conversation of earlier this morning concerning the above action, which is a new patent case that I filed yesterday afternoon. Specifically, I discovered this morning that I neglected to include a related case on the civil cover sheet. I gave you the information, and you said that you would note the related case on the civil cover sheet right away, but you asked that I also put the information into a confirming letter.

This case is related to Janssen Pharmaceutica N.V., et al. v. Teva Pharmaceuticals USA, Inc., et al., Civil Action No. 05-356, which was filed on June 3, 2005.

Thanks very much for you help in straightening out this oversight. I apologize for the inconvenience.

Very truly yours,

/s/ Steve

Steven J. Balick

SJB/nml
158227.1