AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

JANSSEN PHARMACEUTICA N.V.,
JANSSEN, L.P., and SYNAPTECH, INC.,

              Plaintiffs,

V.

MYLAN PHARMACEUTICALS INC. and
MYLAN LABORATORIES INC.,

              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-371

TO: (Name and address of Defendant)

    Mylan Laboratories Inc.
    c/o William A. Rakoczy, Esquire (by consent)
    Rakoczy Molino Mazzochi LLP
    6 West Hubbard Street, Suite 500
    Chicago, IL  60610

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    June 10, 2005

CLERK                                              DATE

_Evette Walson_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>June 10, 2005 |
| NAME OF SERVER (PRINT)<br>John G. Day, Esquire | TITLE<br>Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Served via electronic mail and federal express by consent to William A. Rakoczy, Esquire, counsel for Mylan Laboratories Inc., at the address listed on the front of this summons.</u>

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   <u>June 10, 2005</u>       *[signature]*
             Date                      Signature of Server

*Address of Server*
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.