## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P. and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN LABORATORIES INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-371 (KAJ) |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that, at the defendants' request, the time by which defendants Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc. shall answer, move, or otherwise respond to plaintiffs' complaint is hereby extended to and including July 21, 2005.

_____/s/ John G. Day_____
Steven J. Balick #2114
John G. Day #2403
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
*Attorneys for Plaintiffs*
*Janssen Pharmaceutica N.V.,*
*Janssen, L.P. and Synaptech, Inc.*

_____/s/ Mary B. Matterer_____
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com
*Attorneys for Defendants*
*Mylan Pharmaceuticals Inc.*
*and Mylan Laboratories Inc.*

**SO ORDERED** this ____ day of _____, 2005.

_____
Kent A. Jordan, J.