# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P. and SYNAPTECH, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN LABORATORIES INC., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-371 (KAJ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions pro hac vice of William A. Rakoczy, Christine J. Siwik and Amy D. Brody of the law firm of Rakoczy Molino Mazzochi Siwik LLP to represent Defendants Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc. in this matter.

Dated: July 1, 2005

                                                     /s/ Mary B. Matterer
                                                   Mary B. Matterer # 2696
                                                   MORRIS JAMES HITCHENS & WILLIAMS LLP
                                                   222 Delaware Avenue, 10th Floor
                                                   Wilmington, DE 19801
                                                   (302) 888-6800
                                                   mmatterer@morrisjames.com
                                                   *Attorneys for Defendants*
                                                   *Mylan Pharmaceuticals Inc.*
                                                   *and Mylan Laboratories Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: June 28, 2005            Signed: _____
                                William A. Rakoczy, Esq.
                                Rakoczy Molino Mazzochi Siwik LLP
                                6 West Hubbard Street, Suite 500
                                Chicago, Illinois 60610
                                (312) 527-2157

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: June 29, 2005

Signed: _____
Christine J. Siwik, Esq.
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 527-2157

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date:  June 28, 2005

Signed: _____
Amy D. Brody, Esq.
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60610
(312) 527-2157

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 1st day of July, 2005, the foregoing document was served via email on the following non-registered participants:

George F. Pappas, Esq.
Roderick R. McKelvie, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
gpappas@cov.com
rmckelvie@cov.com

        /s/ Mary B. Matterer
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com
*Attorneys for Defendants*
*Mylan Pharmaceuticals Inc.*
*and Mylan Laboratories Inc.*