# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., ) <br> JANSSEN, L.P., and ) <br> SYNAPTECH, INC., ) <br>   ) <br>   Plaintiffs/Counterclaim-Defendants, ) <br>   ) <br>   v. ) <br>   ) <br> MYLAN PHARMACEUTICALS INC., ) <br> and MYLAN LABORATORIES INC., ) <br>   ) <br>   Defendants/Counterclaim-Plaintiffs. ) | Civ. Action No. 05-371 (KAJ) |

## DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants/Counterclaim Plaintiffs Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc. state as follows:

1. The parent company of Mylan Pharmaceuticals Inc. is Mylan Laboratories Inc.

2. There is no parent company of Mylan Laboratories Inc.

3. The name of any publicly-held corporation that owns 10% or more of Mylan Pharmaceuticals Inc.'s stock is Mylan Laboratories Inc.

4. There is no publicly-held corporation that owns 10% or more of Mylan Laboratories Inc.

| | |
|---|---|
| Dated: July 21, 2005. | MYLAN PHARMACEUTICALS INC. and<br>MYLAN LABORATORIES INC. |

                                                                    By:      */s/ Mary B. Matterer*
                                                                          Mary B. Matterer # 2696
                                                                           Morris, James, Hitchens & Williams LLP
                                                                           222 Delaware Ave., 10th Floor
                                                                           Wilmington, DE 19801-1621
                                                                           Tel: (302) 888-6800
                                                                           Fax: (302) 571-1750
                                                                           mmatterer@morrisjames.com

*Of Counsel (admitted pro hac vice)*:
William A. Rakoczy
Christine J. Siwik
Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Tel: (312) 527-2157
Fax: (312) 222-6321
wrakoczy@rmmslegal.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July, 2005, I electronically filed the foregoing document, **DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 21st day of July, 2005, the foregoing document was served via email on the following non-registered participants:

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
gpappas@cov.com

                                                   */s/  Mary B. Matterer*
                                                   Mary B. Matterer # 2696
                                                   MORRIS JAMES HITCHENS & WILLIAMS LLP
                                                   222 Delaware Avenue, 10th Floor
                                                   Wilmington, DE 19801
                                                   (302) 888-6800
                                                   mmatterer@morrisjames.com

                                                   *Attorneys for Defendants/Counterclaim-Plaintiffs*
                                                   *Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*