IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN LABORATORIES INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 05-371 -KAJ ) ) ) ) ) ) ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven P. Berman to represent Janssen Pharmaceutica N.V., Janssen, L.P., and Synaptech, Inc. in the above-captioned matter.

                                                                            ASHBY & GEDDES

                                                                            /s/ *John G. Day*

                                            _____
                                            Steven J. Balick (I.D. #2114)
                                            John G. Day (I.D. #2403)
                                            222 Delaware Avenue, 17th Floor
                                            P.O. Box 1150
                                            Wilmington, DE  19899
                                            Tel: 302-654-1888
                                            Fax: 302-654-2067
                                            sbalick@ashby-geddes.com
                                            jday@ashby-geddes.com

                                            *Attorneys for Plaintiffs*

Dated: August 4, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: August ___, 2005                    _____
                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and the Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ  08933
Tel: 732-524-2805
Fax: 732-524-5866

Dated: August 2, 2005

DC: 1868759-2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2005, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| William A. Rakoczy, Esquire<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL  60601 | **VIA FEDERAL EXPRESS** |

*/s/ John G. Day*
_____
John G. Day