**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., <br> JANSSEN, L.P., and <br> SYNAPTECH, INC., <br> <br> Plaintiffs/Counterclaim-Defendants, <br> <br> v. <br> <br> MYLAN PHARMACEUTICALS INC., <br> and MYLAN LABORATORIES INC., <br> <br> Defendants/Counterclaim-Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civ. Action No. 05-371 (KAJ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 12th day of September, 2005, copies of the following documents,

**(1) MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS (Nos. 1-6);**

**(2) MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S FIRST SET OF REQUESTS OR ADMISSION TO PLAINTIFFS (Nos. 1-7);**

**(3) MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO JANSSEN PHARMACEUTICA N.V. (Nos. 1-22);**

**(4) MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO JANSSEN, L.P. (Nos. 1-22); and**

**(5) MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO SYNAPTECH, INC. (Nos. 1-22)**

were served on counsel as indicated:

**VIA HAND DELIVERY**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Dated: September 12, 2005.

By: ____/s/ Mary B. Matterer____
   Mary B. Matterer # 2696
   MORRIS, JAMES, HITCHENS & WILLIAMS LLP
   222 Delaware Ave., 10th Floor
   Wilmington, DE 19801
   Telephone: (302) 888-6800
   Facsimile: (302) 571-1750
   mmatterer@morrisjames.com

*Of Counsel (admitted pro hac vice)*:
William A. Rakoczy
Christine J. Siwik
Amy D. Brody
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Telehone: (312) 527-2157
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801


Additionally, I hereby certify that on the 12th day of September, 2005, the foregoing document was served via Federal Express on the following non-registered participant:

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
gpappas@cov.com


       /s/  Mary B. Matterer
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*