**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim-Defendants, | ) ) | Civ. Action No. 05-371 (KAJ) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., and MYLAN LABORATORIES INC., | ) ) ) | |
| Defendants/Counterclaim-Plaintiffs. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 12th day of September, 2005, copies of the following document, **MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S RULE 26(a)(1) INITIAL DISCLOSURES**, were served on counsel as indicated:

**VIA EMAIL AND FEDERAL EXPRESS**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

**VIA EMAIL AND FEDERAL EXPRESS**
George F. Pappas, Esq.
Roderick R. McKelvie, Esq.
Christopher N. Sipes, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Dated:  September 13, 2005.

              By:  ____*/s/ Mary B. Matterer*____
                Mary B. Matterer # 2696
                MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                222 Delaware Ave., 10th Floor
                Wilmington, DE 19801
                Telephone:  (302) 888-6800
                Facsimile:  (302) 571-1750
                mmatterer@morrisjames.com

*Of Counsel (admitted pro hac vice)*:
William A. Rakoczy
Christine J. Siwik
Amy D. Brody
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Telehone:  (312) 527-2157
Facsimile:  (312) 222-6321
wrakoczy@rmmslegal.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 13th day of September, 2005, the foregoing document was served via email on the following non-registered participant:

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
gpappas@cov.com


      /s/  Mary B. Matterer
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*