# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim-Defendants, | ) ) | Civ. Action No. 05-371 (KAJ) |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC., and MYLAN LABORATORIES INC., | ) ) ) | |
| Defendants/Counterclaim-Plaintiffs. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 10th day of October, 2005, copies of the following documents,

(1) **DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 1-35);**

(2) **DEFENDANTS' OBJECTIONS AND ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-3); and**

(3) **DEFENDANTS' OBJECTIONS AND ANSWER TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION (NO. 1)**

were served on counsel as indicated:

**VIA EMAIL AND FEDERAL EXPRESS**
Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

**VIA EMAIL AND FEDERAL EXPRESS**
George F. Pappas, Esq.
Roderick R. McKelvie, Esq.
Christopher N. Sipes, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Dated: October 12, 2005

                               By:  */s/ Mary B. Matterer*
                                    Mary B. Matterer # 2696
                                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                    222 Delaware Ave., 10th Floor
                                    Wilmington, DE 19801
                                    Telephone: (302) 888-6800
                                    Facsimile: (302) 571-1750
                                    mmatterer@morrisjames.com

*Of Counsel (admitted pro hac vice)*:
William A. Rakoczy
Christine J. Siwik
Amy D. Brody
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Telehone: (312) 527-2157
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 12th day of October, 2005, the foregoing document was served via email on the following non-registered participant:

George F. Pappas, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
gpappas@cov.com

  /s/ Mary B. Matterer
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*