IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN LABORATORIES INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 05-371-KAJ ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of October, 2005, **PLAINTIFFS JANSSEN PHARMACEUTICA N.V.'S, JANSSEN, L.P.'S, AND SYNAPTECH, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANTS MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS (Nos. 1-6)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire <br> Morris James Hitchens & Williams LLP <br> 222 Delaware Avenue, 10th Floor <br> Wilmington, DE 19801 | HAND DELIVERY |
| William A. Rakoczy, Esquire <br> Rakoczy Molino Mazzochi Siwik LLP <br> 6 West Hubbard Street, Suite 500 <br> Chicago, IL 60601 | VIA FEDERAL EXPRESS |

                                  ASHBY & GEDDES

                                  */s/ John G. Day*

                                  _____
                                  Steven J. Balick (I.D. #2114)
                                  John G. Day (I.D. #2403)
                                  222 Delaware Avenue, 17th Floor
                                  P.O. Box 1150
                                  Wilmington, DE  19899
                                  (302) 654-1888
                                  sbalick@ashby-geddes.com
                                  jday@ashby-geddes.com

                                  *Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:  202-662-6000
Fax: 202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel:  732-524-2805
Fax: 732-524-5866


Dated:  October 13, 2005
161254.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| William A. Rakoczy, Esquire<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60601 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*
_____
John G. Day