IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-356-KAJ |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD. | ) ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-371-KAJ |
| MYLAN PHARMACEUTICALS INC. and MYLAN LABORATORIES INC., | ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-380-KAJ |
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD. | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-381-KAJ |
| BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC. | ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-382-KAJ |
| PUREPAC PHARMACEUTICAL CO. and ALPHARMA, INC. | ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-420-KAJ |
| ALPHAPHARM PTY., LTD. | ) ) | |
| Defendant. | ) ) | |

|  |  |  |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., <br> JANSSEN, L.P., and <br> SYNAPTECH, INC., <br>       Plaintiffs, <br>     v. <br> PAR PHARMACEUTICAL, INC. and <br> PAR PHARMACEUTICALS <br> COMPANIES, INC., <br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. 05-451-KAJ |

## STIPULATED CONSOLIDATION ORDER

Consistent with the discussion during the October 12, 2005 Rule 16 scheduling conference in the captioned cases (collectively, the "Actions"), all seven of which involve common questions of law and fact within the meaning of Fed. R. Civ. P. 42(a),

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. The Actions are consolidated for all pretrial purposes and trial.

2. All discovery conducted to date in any of the individual seven captioned cases shall be treated as having been conducted in this consolidated litigation.

3. Papers submitted in this consolidated litigation shall be filed and docketed solely in C.A. No. 05-356-KAJ.

4. All filings in this consolidated litigation shall bear the following consolidated caption:

|  |  |  |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) | C.A. No. 05-356-KAJ <br> (consolidated) |

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Steven J. Balick* | */s/ John W. Shaw* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | John W. Shaw (I.D. #3362) |
| 222 Delaware Avenue, 17th Floor | Karen E. Keller (I.D. #4462) |
| P.O. Box 1150 | The Brandywine Building |
| Wilmington, DE  19899 | 1000 West Street, 17th Floor |
| (302) 654-1888 | P.O. Box 391 |
| sbalick@ashby-geddes.com | Wilmington, DE  19899-0391 |
| jday@ashby-geddes.com | (302) 571-6600 |
| *Attorneys for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P., and Synaptech, Inc.* | jingersoll@ycst.com |
| | jshaw@ycst.com |
| | kkeller@ycst.com |
| | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* |
| MORRIS JAMES HITCHENS & WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Mary B. Matterer* | */s/ Richard L. Horwitz* |
| _____ | _____ |
| Mary B. Matterer (I.D. #2696) | Richard L. Horwitz (I.D. #2246) |
| 222 Delaware Avenue, 10th Floor | David E. Moore (I.D. #3983) |
| Wilmington, DE  19801 | Hercules Plaza, 6th Floor |
| (302) 888-6800 | 1313 N. Market Street |
| mmatterer@morrisjames.com | P.O. Box 951 |
| *Attorney for Defendants Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.* | Wilmington, DE  19899 |
| | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@cbslawfirm.com |
| | *Attorney for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

| | |
|---|---|
| PHILLIPS, GOLDMAN & SPENCE, P.A. | THE BAYARD FIRM |
| */s/ John C. Phillips, Jr.* | */s/ Richard D. Kirk* |
| John C. Phillips, Jr. (I.D. #110) | Richard D. Kirk (I.D. #922) |
| Brian E. Farnan (I.D. #4089) | Thomas H. Kovach (I.D. #3964) |
| 1200 North Broom Street | 222 Delaware Avenue, Suite 900 |
| Wilmington, DE  19806 | Wilmington, DE  19899 |
| (302) 655-4200 | (302) 655-5000 |
| jcp@pgslaw.com | rkirk@bayardfirm.com |
| bef@pgslaw.com | tkovach@bayardfirm.com |
| *Attorney for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.* | *Attorney for Defendants Purepac Pharmaceutical Co. and Alpharma, Inc.* |
| RICHARDS, LAYTON & FINGER | POTTER ANDERSON & CORROON LLP |
| */s/ Anne Shea Gaza* | */s/ Philip A. Rovner* |
| Frederick L. Cottrell, III (I.D. #2555) | Philip A. Rovner (I.D. #3215) |
| Anne Shea Gaza (I.D. #4093) | Hercules Plaza |
| One Rodney Square | P.O. Box 951 |
| P.O. Box 551 | Wilmington, DE  19899-0951 |
| Wilmington, DE 19899 | (302) 984-6000 |
| (302) 651-7700 | provner@potteranderson.com |
| cottrell@rlf.com | *Attorney for Defendants Par Pharmaceutical, Inc. and Par Pharmaceuticals Companies, Inc.* |
| gaza@rlf.com | |
| *Attorney for Defendants Alphapharm Pty., Ltd.* | |

    SO ORDERED this _____ day of _____ 2005.


                                         _____
                                         United States District Judge

162490.1