**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V.,<br>JANSSEN, L.P., and SYNAPTECH, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-356-KAJ |
| | : | |
| TEVA PHARMACEUTICALS USA, INC.<br>and TEVA PHARMACEUTICAL<br>INDUSTRIES, LTD., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| | : | |
| JANSSEN PHARMACEUTICA N.V.,<br>JANSSEN, L.P., and SYNAPTECH, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-371-KAJ |
| | : | |
| MYLAN PHARMACEUTICALS, INC.<br>and MYLAN LABORATORIES, INC., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| | : | |
| JANSSEN PHARMACEUTICA N.V.,<br>JANSSEN, L.P., and SYNAPTECH, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-380-KAJ |
| | : | |
| DR. REDDY'S LABORATORIES, INC.,<br>and DR. REDDY'S LABORATORIES, LTD., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

JANSSEN PHARMACEUTICA N.V.,    :
JANSSEN, L.P., and SYNAPTECH, INC.,    :
                                       :
            Plaintiff,                 :
                                       :
      v.                               :    Civil Action No. 05-381-KAJ
                                       :
BARR LABORATORIES, INC. and BARR    :
PHARMACEUTICALS, INC.,              :
                                       :
            Defendants.                :
_____    :
                                       :
JANSSEN PHARMACEUTICA N.V.,    :
JANSSEN, L.P., and SYNAPTECH, INC.,    :
                                       :
            Plaintiff,                 :
                                       :
      v.                               :    Civil Action No. 05-382-KAJ
                                       :
PUREPAC PHARMACEUTICAL CO. and    :
ALPHARMA, INC.,                     :
                                       :
            Defendants.                :
_____    :
                                       :
JANSSEN PHARMACEUTICA N.V.,    :
JANSSEN, L.P., and SYNAPTECH, INC.,    :
                                       :
            Plaintiff,                 :
                                       :
      v.                               :    Civil Action No. 05-420-KAJ
                                       :
ALPHAPHARM PTY., LTD.,              :
                                       :
            Defendant.                 :
_____    :
                                       :

JANSSEN PHARMACEUTICA N.V.,          :
JANSSEN, L.P., and SYNAPTECH, INC.,  :
                                     :
                    Plaintiff,       :
                                     :
         v.                          :   Civil Action No. 05-451-KAJ
                                     :
PAR PHARMACEUTICAL, INC. and PAR     :
PHARMACEUTICAL COMPANIES, INC.,      :
                                     :
                    Defendants.      :
_____  :


## ORDER

At Wilmington this **9th** day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, September 6, 2006 at 9:00 a.m. EST** with Magistrate Judge Thynge to discuss the status of the case and the interest of the parties in ADR.  **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


                                   /s/ Mary Pat Thynge
                                   UNITED STATES MAGISTRATE JUDGE